UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

FILED

OCT 1 0 2002

CLERK, U.S. DISTRICT COURT

By _____
                Deputy

| | | |
|---|---|---|
| CLAYTON GREENBERG and SANDRA JACKSON, individually and on behalf of all others similarly situated, | ) ) ) | JURY DEMANDED |
| | ) | |
| Plaintiffs | ) ) | CIVIL ACTION: 3-02CV-2147R |
| | ) | JUDGE BUCHMEYER |
| v. | ) ) | |
| GLAXOSMITHKLINE CORPORATION | ) ) | **JURY DEMAND** |
| Defendant | ) ) ) | |

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline (hereafter "GSK") in the above entitled and numbered cause and asserts its right to a trial by jury, under Texas Constitution Article I, Section 15, and as preserved and declared by the 7th Amendment of the United States Constitution, and makes this demand for a jury trial in accordance with Federal Rule of Civil Procedure 38(b).

Dated: _October 10, 2002_

1

Respectfully submitted,

SHEREE L. McCALL
State Bar No. 13350250
GWINN & ROBY
4100 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 698-4100 - telephone
(214) 747-2904 - telecopier

ATTORNEYS FOR DEFENDANT
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2002, a true and correct copy of the foregoing was served upon the following by postage prepaid, U.S. Mail:

**Via regular U.S. mail**
Marc R. Stanley
Martin Woodward
Stanley, Mandel & Iola, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205

**Via regular U.S. mail**
Karen A. Barth / Mary Schiavo
HAUN, HEDLUND, ARISTEI,
GUILFORD & SCHIAVO
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025

**Via regular U.S. mail**
Kevin J. Yourman
Zev B. Zysman
Jennifer R. Williams
WEISS AND YOURMAN
10940 Wilshire Blvd., 24th Floor
Los Angeles, CA 90024

**Via regular U.S. mail**
Donald J. Farber
LAW OFFICE OF DONALD J. FARBER
7 Mt. Lassen Drive
Suite D-122
San Rafael, CA 94903

Sheree L. McCall

2